2 PAGES
Richard Jare, (SBN 109331)
6440 Carolinda Drive
Granite Bay, CA 95746
Meetings Only at 455 Capitol Mall, S. 330A
Sacramento, CA 95814, Do not send any Postal mail to the Capitol Mall Address
Fax number:    (916) 676-0511
Phone:    (916) 409-6600
 www.RosevilleBankruptcyAttorney.com
 www.SacramentoBankruptcyAttorney.com
Attorney for Debtor (s)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO DIVISION**

| | |
|---|---|
| In Re ) | Case No. 19-21469-D-7 |
| ) | DCN: RJ-001 |
| Santo R. Avalos ) | |
| ) | Ex Parte Application for |
| ) | Extension of Time to Fulfill |
| Debtor, ) | Deficient Initial Filing |

    IT IS HEREBY REQUESTED that a 14 day extension of time for the filing of the :

Form 122C-1 Statement of Monthly Income
Schedule A/B – Real and Personal Property
Schedule C - Exempt Property
Schedule D - Secured Creditors
Schedule E/F - Unsecured Claims
Schedule G - Executory Contracts
Schedule H – Codebtors
Schedule I – Current Income
Schedule J - Current Expend.
Statement of Financial Affairs
Summary of Assets and Liabilities

     including all still deficient documents referred to in the Notice of Incomplete Filing and Notice of Intent to dismiss previously issued in this case, be granted to April 8th, 2019. Today, March 25, 2019, would otherwise be the deadline.  The case was filed on an emergency basis, to address restoration of terminated Electric Service.  However, not withstanding some

1 significant efforts, not many additional documents can be
2 completed on today's deadline as more information and work on
3 this case is required.
4 　　Creditors will not be prejudiced since the 341 first meeting
5 is not until April 25th, 2019 .
6 　　Wherefore, the debtor prays that the court allow more time
7 for the balance of the deficiencies to be filed,  and approve
8 this application.
9 　　　　　　　　　　　Respectfully submitted.
10 　　　　　　　　　　　/s/ Richard Jare
March 25, 2019　　　　　　　　_____
11 　　　　　　　　　　　Richard Jare, (SBN 109331)
　　　　　　　　　　　Attorney for Debtors
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28